EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GEORGIA SERRANO,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-05197 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF GEORGIA SERRANO** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Georgia Serrano and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiff Georgia Serrano as to

---

2060802.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Georgia Serrano - 1**

1  defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to
2  date in this action.
3  Dated: 8/4/05

                        Respectfully submitted,

                        ALEXANDER, HAWES & AUDET, LLP

                        By: /s/ Ryan M. Hagan
                            RICHARD D ALEXANDER, Cal. Bar #48432
                            JEFFREY W/ RICKARD, Cal. Bar #125180
                            RYAN M. HAGAN, Cal Bar #200850
                            152 North Third Street, Suite 600
                            San Jose, CA 95112
                            Telephone: (408) 289-1776
                            Facsimile: (408) 287-1776

                        Attorneys for Plaintiff Georgia Serrano


                        HUSCH & EPPENBERGER, LLC


                        By:  /s/ Carol A. Rutter
                            THOMAS M. CARNEY, admitted *pro hac vice*
                            CAROL A. RUTTER, admitted *pro hac vice*
                            190 Carondelet Plaza, Suite 600
                            St. Louis, MO 63105-3441
                            Telephone: (314) 480-1500
                            Facsimile: (314) 480-1505

                            RANDALL C. CREECH, Cal. Bar #65542
                            CREECH, LIEBOW & KRAUS
                            333 West San Carlos Street
                            Suite 1600
                            San Jose, CA 95110
                            Telephone: (408) 993-9911
                            Facsimile: (408) 993-1335

                        Attorneys for Defendant Olin Corporation

2060802.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Georgia Serrano - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GEORGIA SERRANO,<br><br>    Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 03-05197 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF GEORGIA SERRANO** |

THIS MATTER coming on the motion of Plaintiff Georgia Serrano and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Georgia Serrano's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2060802.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Georgia Serrano - 3**